UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS PAGLIUCO and<br>2284 CORPORATION | :<br>:<br>: |
| VS. | :   NO. 3:01CV836 (GLG)<br>: |
| CITY OF BRIDGEPORT,<br>JOSEPH GANIM,<br>THOMAS E. GECEWICZ,<br>ROBERT SAPIRO and<br>JOSTTE BOUKAHILLALAI, M.D. | :<br>:<br>:   FEBRUARY 5, 2004<br>:<br>: |

## MOTION TO VACATE STAY

The plaintiff moves to vacate the stay entered in this case on the ground that it is not believable that defendant Sapiro has not yet returned from his temporary assignment in Iraq.

        THE PLAINTIFFS

BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: jrw@johnrwilliams.com
      Their Attorney

**CERTIFICATION OF SERVICE**

This is to certify that a copy has been sent by U.S. Mail on the date above stated to:

John H. Barton
Associate City Attorney
Office of the City Attorney
City of Bridgeport
999 Broad Street, 2nd Floor
Bridgeport CT 06604

_____
JOHN R. WILLIAMS