**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------X
LOUIS PAGLIUCO, et al.,        :
                               :
        Plaintiff,             :         ORDER
                               :
    -against-                  :
                               :    3: 01 CV 836 (GLG)
CITY OF BRIDGEPORT, et al.,    :
                               :
        Defendants.            :
------------------------------X
```

    Plaintiff's Motion to Vacate the Stay [Doc. #25] is **granted**.

    **SO ORDERED.**

**Dated:   March 23, 2004**
        **Waterbury, CT**                    _____/s/_____
                                                 **Gerard L. Goettel**
                                                     **U.S.D.J.**