FILED

2005 MAR 22  P 12: 43

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS PAGLIUCO, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:01CV00836 (WIG) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | MARCH 17, 2005 |

**MOTION FOR EXTENSION OF TIME FOR
DISCOVERY AND FILING DISPOSITIVE MOTIONS**

The Defendants move to amend the Order set at the July 16, 2004 Settlement Conference for discovery (December 31, 2004) and for filing dispositive motions (February 28, 2004) for the following reasons:

1.  The Defendants noticed the Plaintiff's deposition for September 1, 2004, which was continued at the Plaintiff's request.

2.  The Defendants re-noticed the Plaintiff's deposition for September 20, 2004, which was continued at the Plaintiff's request.

3.  The Defendants re-noticed the Plaintiff's deposition for October 21, 2004, which was continued by the undersigned for the following reasons: During the week of October 18, 2004, my father entered the hospital for what turned out to be an almost two (2) month stay in three different hospitals. During that time frame I was

JBF05007                                          1

at those hospitals at a minimum of two times a day. During that time, in all candor, the last thing on my mind was the Plaintiff; other than being reminded by my secretary to postpone the October 21, 2004 deposition. My father was released from the hospital during the week of December 13, 2004 in time for his 92nd birthday.

4. During the week of December 20, 2004, I became ill and was out of work for almost two weeks. I was not fully recovered until the end of January, 2005.

5. The Defendants re-noticed the Plaintiff's deposition for March 16, which the Plaintiff declined to attend citing the Court's July 16, 2004 Order.

6. The undersigned has spoken to Plaintiff's counsel who has objected to this Motion.

Wherefore, for good cause shown, the Defendants request that the time period for discovery be extended until April 30, 2005 and the time frame for filing dispositive motions be extended until June 17, 2005.

THE DEFENDANTS

By: _____
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

JBF05007

2

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time for Discovery and Filing Dispositive Motions" has been mailed, postage prepaid, on this 17th day of March, 2005, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

The Honorable William I. Garfinkel
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
John H. Barton