RECEIVED
MAR 22 2005

FILED
2005 MAR 22 P 2: 51
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS PAGLIUCO, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:01CV00836 (WIG) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | MARCH 17, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**MOTION FOR EXTENSION OF TIME FOR
DISCOVERY AND FILING DISPOSITIVE MOTIONS**

This document has not been filed electronically because:

☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT  06604
Tel: #203/576-7647/Fed. Bar #05884

JBF05007                                  1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been mailed, postage prepaid, on this 17th day of March, 2005, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

The Honorable William I. Garfinkel
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
John H. Barton