UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
LOUIS PAGLIUCO, et al.,                 :

         Plaintiffs,                    :     CIVIL ACTION NO.
                                              3:01cv0836 (WIG)
    v.                                  :

CITY OF BRIDGEPORT, et al.,             :

         Defendants.                    :
-------------------------------------------------------x
```

## TRIAL SCHEDULING ORDER

The Court hereby issues the following trial scheduling order:

1. The parties shall file motions in limine and a Joint Trial Memorandum on or before **December 6, 2005.** Because the trial of this matter will not commence until January 9, 2006, counsel may wait to submit their proposed jury instructions and verdict forms on the first day of trial.

2. Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on **Tuesday, December 13, 2005, at 9:30 a.m.** The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed. A final pre-trial conference will be held at the conclusion of jury selection.

3. A four-day jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on **Monday, January 9, 2006, beginning each day at 9:30 a.m.**

4. The deadlines established herein may not be modified by agreement of counsel.

These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this 5th day of October, 2005, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge
