FILED

2005 OCT 11  P 3:09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS PAGLIUCO, ET AL | : |
| Plaintiff, | : CIV. NO. 3:01CV00836 (WIG) |
| vs. | : |
| CITY OF BRIDGEPORT, ET AL | : |
| Defendants | : OCTOBER 11, 2005 |

## MOTION FOR EXTENSION OF TIME FOR SCHEDULING ORDER

The Defendants respectfully request that the Court permit an extension of time for the Scheduling Order to extend the date for filing a Motion for Summary Judgment from September 30, 2005 to October 11, 2005.

The Defendants further request that they be permitted to supplement the exhibits with signed and sworn affidavits of the Defendants Thomas Gecewicz and Josette Boukhalil, M.D.

The Defendants have included draft affidavits in the exhibits in order that the Plaintiffs may respond to them.

The Defendants have not discussed this extension with Plaintiffs' counsel as he was out of the office attending a deposition.

This is the Defendants' second request for an extension of time.

JBF05022                                      1

The Plaintiffs have neither formally consented nor objected to the Court entering this requested extension.

THE DEFENDANTS

By: /s/ John H. Barton
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

### CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Extension of Time for Scheduling Order" has been hand delivered and/or mailed, postage prepaid, on this 11th day of October, 2005, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

/s/ John H. Barton
John H. Barton

JBF05022                                    2