FILED

2005 OCT 11 P 3: 09

U.S. DISTRICT COURT
BRIDGEPORT, CONN

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS PAGLIUCO, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:01CV00836 (WIG) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | OCTOBER 11, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**MOTION FOR EXTENSION OF TIME FOR SCHEDULING ORDER**

☒ This document has not been filed electronically because:
☐ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: _____
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

JBF05022                                                   1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been hand delivered and/or mailed, postage prepaid, on this 11th day of October, 2005, to:

**John R. Williams, Esq.**
**51 Elm Street, Suite 409**
**New Haven, CT  06510**

_____
John H. Barton