FILED
2005 OCT 11 P 3: 10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS PAGLIUCO, ET AL | : |
| Plaintiff, | : CIV. NO. 3:01CV00836 (WIG) |
| vs. | : |
| CITY OF BRIDGEPORT, ET AL | : |
| Defendants | : SEPTEMBER 29, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 9(c), the Defendants, Lt. Robert Sapiro, Thomas Gecewicz, Josette Boukhalil, M.D., Joseph Ganim, and the City of Bridgeport, move for Summary Judgment to enter in their favor on the Amended Complaint.

The Plaintiffs contend that the Defendants have violated their constitutional rights because they were treated differently than others similarly situated because of the race of their clientele and the Plaintiff, Louis Pagliuco, was denied substantive due process of law when the Defendants, Gecewicz and Boukhalil, M.D., notified the Department of Children and Families of their concerns relating to Mr. Pagliuco.

The Plaintiffs have failed to provided any evidence that he was treated differently than others similarly situated.

JBF05020                                1

The Plaintiffs have failed to provide any evidence that they were treated differently than others similarly situated.

The Plaintiffs have no evidence or testimony that supports a constitutional claim against the individual Defendants Lt. Robert Sapiro, Thomas Gecewicz, Josette Boukhalil, M.D., Joseph Ganim, and the City of Bridgeport.

The Defendant, City of Bridgeport, has a state law claim for unjust enrichment for the Plaintiffs' failure to pay the City of Bridgeport rent and/or use and occupancy payments.

                                           THE DEFENDANTS

                                           By: _____
                                           John H. Barton
                                           Associate City Attorney
                                           OFFICE OF THE CITY ATTORNEY
                                           999 Broad Street - 2nd Floor
                                           Bridgeport, CT 06604
                                           Telephone #203/576-7647
                                           Fed. Bar No. 05746

## CERTIFICATION

This is to certify that a copy of the foregoing "Motion for Summary Judgment" has been hand delivered and/or mailed, postage prepaid, on this __11__ day of __October__, 2005, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

_____
John H. Barton