FILED

2005 NOV -4 A 11: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS PAGLIUCO, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:01CV00836 (WIG) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | NOVEMBER 3, 2005 |

### SUPPLEMENTAL EXHIBITS

The Defendants supplement their Exhibits, filed on October 4, 2005, with the fully endorsed executed affidavits, as follows:

Exhibit 2 – Affidavit of Thomas Gecewitz with attachments

Exhibit 3 – Affidavit of Josette Baukhalil, M.D.

THE DEFENDANTS

By: _____
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Telephone #203/576-7647
Fed. Bar No. 05746

JBF05024                              1

## CERTIFICATION

This is to certify that a copy of the foregoing "Supplemental Exhibits" has been hand delivered and/or mailed, postage prepaid, on this 3rd day of November, 2005, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

The Honorable William I. Garfinkel
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

John H. Barton

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS PAGLIUCO, ET AL          :
                               :
          Plaintiffs,          :    CIV. NO. 3:01CV00836 (GLG)
                               :
vs.                            :
                               :
CITY OF BRIDGEPORT, ET AL      :
                               :
          Defendants           :    SEPTEMBER 30, 2005

## AFFIDAVIT OF THOMAS GECEWICZ

I, Thomas Gecewicz, being over the age of 18 years and understanding the obligation of an oath, do hereby depose and say:

1. I was employed by the Department of Health and Human Services (Health Department) as Director of Health from February 1, 2000 to February 1, 2004.

2. My duties included the management of the Health Department.

3. On Friday, December 22, 2000, Dr. Josette Boukhalil of the Health Department and I inspected the Dangerous Curves strip club.

4. Three major health violations were found: no hot water, no lab book regarding dishwashing, and broke urinal in men's room. Attached and incorporated

EXHIBIT 2

JBF05018                              1

herein are: (a) copy of our inspection notes; (b) January 21, 2001 Notice of Hearing; and (c) January 29, 2001 Letter of Decision.

5. The following photographs were taken by me and attached and incorporated herein: (a) photograph of child sitting at the bar (Pagliuco deposition exhibit); (b) photographs of men's room (Pagliuco deposition, Exhibits 17A and 17B); (c) women's restroom/strippers changing room (Pagliuco deposition, exhibit 16); (d) booths for entertaining customers (Pagliuco deposition, exhibits 14A, 14B and 14C); and (e) kitchen (Pagliuco deposition exhibit 15).

6. The child was sitting at the bar as well as playing in various parts of the strip club, including the women's bathroom/strippers changing room. The child was in the presence of partially nude strippers.

7. I talked to the child and he asked if I liked large breasts and if I liked the strippers to have shaved pubic areas.

8. Dr. Boukhalil and I were both disturbed by the child's comments and, as mandated reporters, referred the matter to the Department of Child and Families for the Department to do an investigation.

9. I make this affidavit upon my best knowledge, information and belief.

_[signature]_
Thomas Gecewicz

Sworn and subscribed before me this _27_ day of _October_, 2005

_[signature]_
John H. Barton

# The City of Bridgeport
## Department of Health

752 East Main Street, Bridgeport, Connecticut 06608
Telephone (203) 576-7680 Fax (203) 576-8311

Jack McCarthy, M.P.H., RS, CHES
Director of Health & Social Services

Thomas E. Gecewicz, M.P.A., CHO, CHWM
Director of Health

# NOTICE OF HEARING

January 12, 2001

Louis Pagliuco
RE: Dangerous Curves
2294 Fairfield Ave
Bridgeport, CT 06605

Dear Mr. Pagliuco:

A hearing is scheduled for January 18, at 11:00 A.M concerning your establishment that was found on violation during my inspection on December 22, 2000. The hearing will take place at 752 East Main Street, 3rd floor, Bridgeport, CT 06608. You have the right to have an attorney present to represent you at this hearing.

If you have any questions concerning this matter, please contact the Environmental Health Division of the Health Department at 203-576-8250.

Very truly yours,

Thomas E. Gecewicz, MPA, CHO, CHWM
Director of Health

Promote     Protect     Serve

# The City of Bridgeport
# Department of Health

752 East Main Street, Bridgeport, Connecticut 06608
Telephone: (203) 576-7680  Fax: (203) 576-8311

Jack McCarthy, M.P.H., CHES
Director of Health & Social Services

Thomas E. Gecewicz, M.P.A., CHO, CHWA
Director of Health

*[Handwritten annotations at top: "No Hot Water", "Tell Hot Water", signature, "Emergency Closure at 12:45 PM", "Thomas E Gecewz Dir of Health", "Josette Bou-Khalil, MD, MPH Staff Physician Health Dept Childsite"]*

## Sanitary, Health and Environmental Concerns

Suggestions of areas that should be addressed to meet the present city ordinances and drafting of futuristic regulations to the ordinances, to assure health and safety to the public:

1. Sanitizing equipments that have body contact — *poor*
2. Dressing rooms — *Dirty*
3. All toilets — *Dirty no cleaning new door broken*
4. Bar areas — *No testing*
5. Storage areas — *Dust Dirt*
6. All mechanical condoms dispenser — *Lock OK*
7. Safety light (covers, shield, etc…) — *OK*
8. Cleaning illumination (candle power for cleaning) — *Poor*
9. Ventilation (Carbon dioxide levels) — *Strong Smoke poor vent Dirt*
10. Environmental tobacco smoke concerns (second hand smoking) — *Strong*
11. Disposal of sanitary napkins — *None*
12. Passage areas — *Clutter*
13. Exit doors — *OK*
14. Fire safety — *? Smoking poor electrical*
15. Hand washing sinks — *Backed sink Ladies Room No Hot Water*
16. Glass washing areas — *No test*
17. Parking areas — *Street*
18. Trash outside (dumpsters, etc…) — *Spill*
19. Rodent control — *No Proof*
20. Flooring (rugs, tiles, etc…) — *Poor Broken tiles Bent Down floor Ladies Room men*
21. Showers (mold free, liquid versus soap bars, etc…) — *No Problem No Showers*

*[Handwritten at bottom: "No sign Need sign 101 is PAGLI YCU"]*

Promote Protect Serve



# The City of Bridgeport
## Department of Health
752 East Main Street, Bridgeport, Connecticut 06608
Telephone (203) 576-7680 Fax (203) 576-8311

Jack McCarthy, M.P.H., RS, CHES
Director of Health & Social Services

Thomas E. Gecewicz, M.P.A., CHO, CHWM
Director of Health

January 29, 2001

Louis Pagliuco
Dangerous Curve
2294 Fairfield Ave
Bridgeport, CT 06605

Dear Mr. Pagliuco:

Please be inform that a public hearing was held on January 18, 2001 regarding violations that existed at your facility Dangerous Curve Friday, December 22, 2000, at that time of inspection was noted three (3) major outstanding violations:

1) No hot water.
2) No lab book regarding dishwashing.
3) Broken urinal in the men's room.

Please be advised that an emergency closure took place, and re-open that afternoon. The show cause hearing held on January 18th review the finding evidence $100 fine per violation was contributed. The decision-hearing officer was to fine you only $50, which was to cover the cost for the re-inspection and time of the inspector to verify the correction that took place on December 22, 2000 inspection, which was a force closure.

The fee of this violation must be made payable in a check to the City of Bridgeport and pay to the Environmental Division within seven (7) calendar days of receipt of this letter. Failure to pay the receipt of this letter will compound the violation each day a $10 fine and will run from that day forward.

You have the right to appeal to the Commissioner of Health by notifying them with a phone call within two (2) calendar days, or in writing within ten (10) calendar days.

Sincerely,

Thomas E. Gecewicz
Director of Health

Promote     Protect     Serve

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS PAGLIUCO, ET AL | : | |
| Plaintiffs, | : | CIV. NO. 3:01CV00836 (GLG) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | SEPTEMBER 30, 2005 |

## AFFIDAVIT OF JOSETTE BOUKHALIL

I, Josette Boukhalil, being over the age of 18 years and understanding the obligation of an oath, do hereby depose and say:

1. I was employed by the Department of Health and Human Services of the City of Bridgeport (the "Department") as a Clinical Physician from September 18, 2000 to March 17, 2003

2. On Friday, December 22, 2000, Thomas Gecewicz of the Health Department and I inspected the Dangerous Curves strip club where a number of health violations were found.

3. Mr. Gecewicz and I observed a young male child whose age was approximately 3 to 4 years.

EXHIBIT NO. 3

JBF05016

1

4. The child was sitting at the bar, as well as playing in various parts of the strip club, including the woman's bathroom/strippers changing room. The child was in the presence of nude strippers.

5. Mr. Gecewicz and I talked to the child who referred to women's breasts and pubic area.

6. Mr. Gecewicz and I felt that the child's comments were inappropriate for a child his age as well as that his presence in a strip club was not appropriate. The State of Connecticut's Department of Children and Families was notified of our concerns.

7. As a licensed physician I was a mandated reporter under the Connecticut State Statutes for the area of child abuse.

8. I make this affidavit upon my best knowledge, information and belief.

_____
Josette Boukhalil

Sworn and subscribed before me

this 13TH day of OCTOBER, 2005

_____
Notary Public   com: 11-25-07
Commissioner of the Superior Court
WAUKESHA, WI



JBF05016                                    2