FILED

2005 NOV -4 A 11: 48

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS PAGLIUCO, ET AL | : | |
| Plaintiff, | : | CIV. NO. 3:01CV00836 (WIG) |
| vs. | : | |
| CITY OF BRIDGEPORT, ET AL | : | |
| Defendants | : | NOVEMBER 3, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendant has manually filed the following document:

**SUPPLEMENTAL EXHIBITS**

This document has not been filed electronically because:
☒ the document cannot be converted to an electronic format
☐ the electronic file size of the document exceeds 1.5 megabytes
☐ the document is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
☐ Defendant is excused from filing this document by Court order

The document has been manually served on all parties.

THE DEFENDANTS

By: [signature]
John H. Barton
Associate City Attorney
OFFICE OF THE CITY ATTORNEY
999 Broad Street - 2nd Floor
Bridgeport, CT 06604
Tel: #203/576-7647/Fed. Bar #05746

JBF05024                               1

## CERTIFICATION

This is to certify that a copy of the "Notice of Manual Filing" has been hand delivered and/or mailed, postage prepaid, on this 3rd day of November, 2005, to:

John R. Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT 06510

The Honorable William I. Garfinkel
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

John H. Barton