UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS PAGLIUCO & 2284 CORP.

    v.                                                  3:01CV836(WIG)

CITY OF BRIDGEPORT, JOSEPH P.
GANIM, THOMAS E. GECEWICZ,
ROBERT SAPIRO, JANE DOE and
M.D. JOSTTE BOUKAHILLALAI

## JUDGMENT

This matter came on before Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a United States Magistrate was filed on May 6, 2004. On October 11, 2005, defendants filed its motion for summary judgment.

The Court reviewed all the papers submitted in connection with the motion for summary judgment and on December 13, 2005 issued a ruling granting the motion **(Doc. # 47)**. The Court further declines to exercise supplemental jurisdiction over the City's state-law counterclaim for unjust enrichment and dismisses this claim without prejudice to refiling in state court.

Therefore, it is **ORDERED** and **ADJUGED** that judgment is entered for the defendants City of Bridgeport, Joseph P. Ganim, Thomas E. Gecewicz, Robert Sapiro, Jane Doe and M.D. Jostte Boukahillalai and the case is closed

Dated at Bridgeport, Connecticut, this 15th day of December, 2005.

                                        KEVIN F. ROWE, Clerk

                                        By  /s/
                                                       Deputy Clerk

Entered on Docket _____